24-14045

Enrique A. Palmer MD
409 SW Sun Circle
Palm City, Florida 34990
772-298-9210
lfixbones@doctor.com

FILED BY ___ D.C.

APR 03 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

March 27, 2025

The Honorable Judge Eileen Cannon
Judge of the United States District Court for the Southern District of Florida
Alto Lee Adams, Senior United States Courthouse
101 South US Hwy. 1
Chambers 4044
Fort Pierce, FL 34950

RE: Character Reference for Matthew S. Brown

Dear Judge Collins,

My name is Enrique A. Palmer, and I am writing this letter to provide a character reference for Matthew S. Brown. I have known Mr. Brown for 20 plus years since we officially met at a car dealership in West Palm Beach, Florida. We both have an affinity for BMW and high-performance cars, as well as interests in the health field. I am now a retired orthopedic surgeon, and when he was in Rhode Island he was an EMT. Initially I became a customer for one of his companies, namely, Extreme Performance, which was involved in providing upgraded and aftermarket automobile wheels and tires. Our friendship grew afterwards.

During 20 plus years of acquaintance I have consistently found Mr. Brown to be an excellent friend, a solid entrepreneur, an honest and sincere businessman, a significant contributor to Martin County's economy, and many other attributes that are simply too many to mention. He cared for the under-served in many different ways; he considered his employees as friends or relatives, going as far as helping them securing mortgage loans for their families and even at times providing a down payment to help them acquire their respective homes. He never, ever dressed in a way to separate himself from the rest of his crew but rather dressed in Bermuda shorts and t-shirts like his fellow employees. Never showed an air of being superior or better than others. When there was a need for an extra pair of lifting hands, he would square up and sweat it out along with his team. Matt, as he insisted being called, was always showing compassion and would in numerous times that I had the chance to observe, would go the extra mile providing his workers with excellent facilities and air conditioning to all his shops, knowing that the he had to flip the electric bill as an extra expense to keep his employees and working conditions above what's considered standard here in Florida. I also observed that instead of making the public aware of his donations and contributions to local and national charities he would for example help the Girl Scouts of America by purchasing large orders of their cookies and candies (massive orders) and then gifting them to his customers and his own employees as they came to the different shops and stores he owned. He quietly always helped the local shelters, in addition to providing meals and food to the various Animal shelters in the Treasure coast.

# UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

ER 177 866 899 US

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)    PHONE ( )

Enrique Palmer
409 SW Sun Circle
Palm City, FL 34990

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)    PHONE ( )

Honorable Judge Eileen Cannon
Judge of the U.S. District Ct of FL
the Southern District of
101 S. U.S. Highway 1
Chambers 4044
Ft. Pierce, FL 34950

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⌐ **PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT** (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day    ☑ 2-Day    ☐ Military    ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 34990 | 03/31/25 | $ 31.40 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 03/28/25 | ☑ 6:00 PM | $ | $ |

| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 4:22 ☐AM ☑PM | | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | $ 31.40 |

| Weight | ☐ Flat Rate | Acceptance Employee Initials |
|---|---|---|
| lbs.    ozs. | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, NOVEMBER 2023    PSN 7690-02-000-9996

...to schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

\* Money Back Guarantee to U.S., select A select International destinations.
See DMM and IMM at *pe.usps.com* for c

\*\* Insurance does not cover certain items. claims exclusions see the Domestic Mai *http://pe.usps.com*.

‡ Money Back Guarantee for U.S. destinat

WHEN USED INTERNATIONALLY, A CUSTOMS DECL





This package is made from post-consumer waste. Please recycle - again.



**PRIORITY MAIL EXPRESS®**

ɔPE

· 2023
1/2

**GUARANTEED* ▪ TRACKED ▪ INSURED**

pments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.